AO 450(Rev. 5/85)Judgment in a Civil Case

# United States District Court
## Northern District of Illinois
### Eastern Division

SHALABI

v.

THE HUNTINGTON NATIONAL BANK et al

**JUDGMENT IN A CIVIL CASE**

Case Number: 01 C 2959

☐ Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■ Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that summary judgment is entered in favor of defendants The Huntington National Bank et al and against plaintiff Shalabi. This action is dismissed in its entirety.

**DOCKETED**
**NOV 2 0 2001**

Michael W. Dobbins, Clerk of Court

Date: 11/19/2001

J. Smith, Deputy Clerk